Mohamad Ahmad (SBN 275911)
mohamad@josephaleem.com
**JOSEPH, ALEEM & SLOWIK, LLC**
2719 Wilshire Blvd., Ste. 200
Santa Monica, CA 90403
Tel: (424) 253-4254
Fax: (678) 202-0209

Dmitry Shifrin (admitted pro hac vice)
dshifrin@polsinelli.com
**POLSINELLI PC**
150 N. Riverside Plaza, Ste. 3000
Chicago, IL 60606
Tel: (312) 463-6325
Fax: (312) 893-2217

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Blue Cross of California d/b/a Anthem Blue Cross; Anthem Blue Cross Life and Health Insurance Company; Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield; Anthem Health Plans of Maine, Inc. d/b/a Anthem Blue Cross and Blue Shield; Anthem Health Plans of New Hampshire, Inc. d/b/a Anthem Blue Cross and Blue Shield; Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield; BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota; Blue Cross and Blue Shield of Georgia, Inc.; Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.; Blue Cross Blue Shield of Wisconsin d/b/a Anthem Blue Cross and Blue Shield; Community Insurance Company d/b/a Anthem Blue Cross and Blue Shield; Compcare Health Services Insurance Corporation d/b/a | Case No. 2:18-cv-04912-SJO-GJS<br><br>Assigned to the Honorable S. James Otero<br><br>**JOINT APPLICATION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL**<br><br>[Declaration of Dmitry Shifrin in Support of Joint Application to File Confidential Settlement Agreement Under Seal and [Proposed] Order Granting Joint Application to File Confidential Settlement Agreement Under Seal filed concurrently herewith] |

| | |
|---|---|
| 1 | Anthem Blue Cross and Blue Shield; |
| 2 | Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross and Blue |
| 3 | Shield; Healthy Alliance Life Insurance |
| 4 | Company; HMO HealthKeepers, Inc. d/b/a Anthem Blue Cross and Blue |
| 5 | Shield; HMO Missouri, Inc.; |
| 6 | RightCHOICE Managed Care, Inc.; and Rocky Mountain Hospital and |
| 7 | Medical Service, Inc. d/b/a Anthem |
| 8 | Blue Cross and Blue Shield of Colorado, |
| 9 | |
| 10 | Plaintiffs, |
| 11 | v. |
| 12 | Sonoma West Medical Center, Inc.; DL Investment Holdings LLC f/k/a |
| 13 | Durall Capital Holdings, LLC; |
| 14 | Reliance Laboratory Testing, Inc.; Medivance Billing Service, Inc.; Aaron |
| 15 | Durall; and Neisha Carter Zaffuto, |
| 16 | Defendants |

Pursuant to Local Rule 79-5 and this Court's Standing Order (Dkt. 31), Plaintiffs[1] and Defendants DL Investment Holdings LLC f/k/a Durall Capital

---

[1] Blue Cross of California d/b/a Anthem Blue Cross; Anthem Blue Cross Life and Health Insurance Company; Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield; Anthem Health Plans of Maine, Inc. d/b/a Anthem Blue Cross and Blue Shield; Anthem Health Plans of New Hampshire, Inc. d/b/a Anthem Blue Cross and Blue Shield; Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield; BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota; Blue Cross and Blue Shield of Georgia, Inc.; Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.; Blue Cross Blue Shield of Wisconsin d/b/a Anthem Blue Cross and Blue Shield; Community Insurance Company d/b/a Anthem Blue Cross and Blue Shield; Compcare Health Services Insurance Corporation d/b/a Anthem Blue Cross and Blue Shield; Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross and Blue Shield; Healthy Alliance Life Insurance Company; HMO HealthKeepers, Inc. d/b/a Anthem Blue Cross and Blue Shield; HMO Missouri, Inc.; RightCHOICE Managed Care, Inc.; and Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield of Colorado.

Holdings, LLC; Reliance Laboratory Testing, Inc.; Medivance Billing Service, Inc.; Aaron Durall; and Neisha Carter Zaffuto (collectively, the "Settling Defendants") (together, the "Parties"), respectfully request that the Court grant their Joint Application to File Confidential Settlement Agreement Under Seal.

On April 10, 2019, the Parties filed a Joint Stipulation and Request for Entry of Order of Dismissal with Prejudice (Dkt. 253) in which they jointly requested and stipulated to the entry of an Order by the Court dismissing all claims and counterclaims in the Action with prejudice, incorporating by reference the terms of the parties' Confidential Settlement Agreement into the Court's Order of dismissal, and retaining jurisdiction over this matter for purposes of enforcing the Confidential Settlement Agreement. Because the Confidential Settlement Agreement contains sensitive business and private information, the Parties also stipulated that they would seek leave to file it under seal. Pursuant to the agreed settlement terms reflected in the stipulation, the Parties ask that the Court grant leave to file the Confidential Settlement Agreement under seal to facilitate the Court's incorporation of its terms by reference into its Order of dismissal, and thus to ensure that any further proceedings to enforce the Confidential Settlement Agreement's terms may be brought before a Court that is familiar with the underlying litigation.[2]

A party must show "good cause" to seal documents that are tangentially related to the merits of the case.[3] *Ctr. for Auto Safety v. Chrysler Grp., LLC*,

---

[2] Federal courts may maintain "ancillary jurisdiction to enforce [a settlement] agreement" where "the terms of the settlement agreement had been made part of the order of dismissal—either by separate provision (such as a provision 'retaining jurisdiction' over the settlement agreement) or by incorporating the terms of the settlement agreement in the order." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

[3] Where the documents sought to be sealed are more than tangentially related to the underlying merits of the case, such as dispositive motions, a party must show that "compelling reasons" justify their sealing. *Ctr. for Auto Safety*, 809 F.3d at 1101. Here, the "good cause" standard applies because the Confidential Settlement Agreement is tangentially related to the merits of the case. However, the Parties have demonstrated that sealing the Confidential Settlement Agreement is justified under either standard.

1  809 F.3d 1092, 1101 (9th Cir. 2016). Under the good cause standard, the moving
2  party must show that harm or prejudice will result if the document is not filed under
3  seal. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th
4  Cir. 2006).

5  District courts have "broad latitude" to protect confidential settlement
6  agreements from disclosure. *See Phillips v. GMC*, 307 F.3d 1206, 1211-12 (9th
7  Cir. 2002). As described in the accompanying Declaration of Dmitry Shifrin, the
8  Confidential Settlement Agreement, its content, and terms are confidential and
9  require that it be kept confidential, and the parties have agreed that it should remain
10 confidential and kept under seal, if filed at all. (*See* Shifrin Decl. ¶¶ 4-6.) The
11 Confidential Settlement Agreement also contains private and sensitive business and
12 personal information that would cause competitive harm and prejudice if disclosed,
13 and which also requires that it and its terms be kept confidential. (*Id.*) Disclosure of
14 this information would be harmful and prejudicial to the parties if made public, and
15 that risk of harm outweighs any public interest in public access. (*Id.*)

16 Courts have routinely granted such applications to file settlement agreements
17 under seal. *See, e.g.*, *Tech 21 Licensing Ltd. v. Doria Int'l, Inc.*, No. 16-cv-07144-
18 BLF, 2017 U.S. Dist. LEXIS 36508, at *3 (N.D. Cal. Mar. 14, 2017) (finding that
19 the settlement agreement was "appropriately sealable" where the plaintiff had
20 "articulated sufficient reasons for sealing [a] Settlement Agreement" because it
21 "contain[ed] confidential business information"); *Advanced Media Networks, LLC*
22 *v. Row 44, Inc.*, No. CV 12-11018 GAF (JCGx), 2014 U.S. Dist. LEXIS 152606,
23 at *4 (C.D. Cal. Oct. 28, 2014) (finding that "the Settlement Agreement is clearly
24 confidential and properly filed under seal"); *Adobe Sys. v. Wowza Media Sys., LLC*,
25 No. CV-11-02243-CW, 2012 U.S. Dist. LEXIS 151770, at *2-3 (N.D. Cal. Oct. 22,
26 2012) ("finding good cause shown" with respect to motion for leave to file
27 settlement agreement under seal). Public policy also supports private settlement
28 agreements. *See Kalinauskas v. Wong*, No. CV-S-92-689-PMP (RJJ), 1993 U.S.

Dist. LEXIS 14526, at *3-4 (D. Nev. Sept. 8, 1993) ("Confidential settlements benefit society and the parties involved by resolving disputes relatively quickly, with slight judicial intervention, and presumably result in greater satisfaction to the parties. Sound judicial policy fosters and protects this form of alternative dispute resolution.").

For these reasons, the Parties respectfully request that the Court grant this Application and allow the Parties to file their Confidential Settlement Agreement under seal.  Additionally, if the Court allows the Confidential Settlement Agreement to be filed under seal, Settling Defendants request that the Court restrict access to the sealed document to Plaintiffs' lawyers, and lawyers from the following law firms who have entered appearances for the Settling Defendants: Polsinelli PC and the Law Offices of Levi Williams, P.A.

Alternatively, if the Court does not grant this Application, the Parties agree that the Confidential Settlement Agreement should be struck from the docket rather than filed or made available publicly, and agree to this Court's retention of jurisdiction to enforce the Confidential Settlement Agreement whether or not the Confidential Settlement Agreement is filed with the Court. (*See id.* ¶ 8.)

DATED:  April 11, 2019                              Respectfully submitted,

| | |
|---|---|
| **ROBINS KAPLAN LLP** | **POLSINELLI PC** |
| By:  */s/ David Martinez* | By:  */s/ Dmitry Shifrin* |
| David Martinez (Cal. Bar #193183) | Dmitry Shifrin (admitted *pro hac vice*) |
| *Counsel for Blue Cross of California d/b/a Anthem Blue Cross, et al.* | *Counsel for All Defendants Except Sonoma West Medical Center, Inc.* |