**UNITED STATES DISTRICT COURT**  **JS-6**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Blue Cross of California d/b/a Anthem Blue Cross; Anthem Blue Cross Life and Health Insurance Company; Anthem Health Plans, Inc. d/b/a Anthem Blue Cross and Blue Shield; Anthem Health Plans of Maine, Inc. d/b/a Anthem Blue Cross and Blue Shield; Anthem Health Plans of New Hampshire, Inc. d/b/a Anthem Blue Cross and Blue Shield; Anthem Health Plans of Virginia, Inc. d/b/a Anthem Blue Cross and Blue Shield; BCBSM, Inc. d/b/a Blue Cross and Blue Shield of Minnesota; Blue Cross and Blue Shield of Georgia, Inc.; Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.; Blue Cross Blue Shield of Wisconsin d/b/a Anthem Blue Cross and Blue Shield; Community Insurance Company d/b/a Anthem Blue Cross and Blue Shield; Compcare Health Services Insurance Corporation d/b/a Anthem Blue Cross and Blue Shield; Empire HealthChoice Assurance, Inc. d/b/a Empire Blue Cross and Blue Shield; Healthy Alliance Life Insurance Company; HMO HealthKeepers, Inc. d/b/a Anthem Blue Cross and Blue Shield; HMO Missouri, Inc.; RightCHOICE Managed Care, Inc.; and Rocky Mountain Hospital and Medical Service, Inc. d/b/a Anthem Blue Cross and Blue Shield of Colorado,<br><br>              Plaintiffs,<br><br>v. | Case No. 2:18-cv-04912−SJO−GJS<br><br>Assigned to the Honorable S. James Otero<br><br>**[PROPOSED]** ORDER ON JOINT STIPULATION AND REQUEST FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE<br><br>[Joint Stipulation and Request for Entry of Order of Dismissal Filed Concurrently Herewith]<br><br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>April 11, 2019<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___VPC___ DEPUTY |

| | |
|---|---|
| 1 2 3 4 5 6 7 | Sonoma West Medical Center, Inc.; DL Investment Holdings LLC f/k/a Durall Capital Holdings, LLC; Reliance Laboratory Testing, Inc.; Medivance Billing Service, Inc.; Aaron Durall; and Neisha Carter Zaffuto,<br><br>                    Defendants. |

UPON CONSIDERATION of the Joint Stipulation and Request for Entry of Order of Dismissal under Rule 41(a)(2) pursuant to Federal Rule of Civil Procedure 41(a)(2), filed on April 10, 2019,

**IT IS HEREBY ORDERED THAT:**

(1) All claims and counterclaims in this action are dismissed with prejudice forthwith;

(2) This Order incorporates by reference the terms of the parties' Confidential Settlement Agreement as filed with the court by the parties under seal;

(3) This Court retains jurisdiction over this matter for purposes of enforcing the Confidential Settlement Agreement;

(4) This Court retains jurisdiction to vacate the dismissal with prejudice to the extent provided for by the terms of the Confidential Settlement Agreement, and in the event this Order is vacated pursuant to the terms of the Confidential Settlement Agreement, Plaintiffs shall have the absolute right to reinstate and resume the prosecution of their claims free of the releases provided for in the Confidential Settlement Agreement.  Notwithstanding the foregoing, this Order of dismissal with prejudice is entered and with full force and effect as of the date of entry of this Order.

(5) The Court modifies the first sentence of Paragraph 41 of the Stipulated Protective Order (Dkt. 87) to replace "Within 60 days after the final termination of this litigation by settlement or exhaustion of all appeals," with "Within 60 days after the Settling Defendants pay the Settlement Amount in full;" and adding at the end of the first paragraph of Section 5.2 the following language: "except that in the event of a settlement, the Parties agree that all financial, personal, or other documents that would otherwise not be available in the public domain shall be considered as highly confidential information under the protective order."

**SO ORDERED**.

Dated:   April 11, 2019.

*S. James Otero*

_____
Honorable S. James Otero
United States District Court Judge